UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **JOSE ENRIQUE OJEDA DUARTE,** | § | |
| | § | |
| *Petitioner*, | § | |
| **v.** | § | |
| | § | |
| | § | |
| **WARDEN,** *in his/her official capacity as* | § | |
| ERO El Paso Camp East Montana Detention | § | |
| Center; | § | |
| **MARY DE ANDA-YBARRA,** *in her* | § | |
| *official capacity as* Field Office Director of | § | **EP-26-CV-00089-DCG** |
| El Paso, Texas, Office of Detention and | § | |
| Removal, U.S. Immigrations and Customs | § | |
| Enforcement, U.S. Department of Homeland | § | |
| Security; | § | |
| **TODD M. LYONS,** Acting Director, | § | |
| Immigration and Customs Enforcement, U.S. | § | |
| Department of Homeland Security; | § | |
| **MARKWAYNE MULLIN,** *in his official* | § | |
| *capacity as* Secretary, U.S. Department of | § | |
| Homeland Security; and | § | |
| **TODD BLANCHE,** *in his official capacity* | § | |
| *as* Acting Attorney General of the United | § | |
| States, | § | |
| | § | |
| *Respondents*. | § | |

## ORDER TO RESPOND TO MOTION FOR TEMPORARY RESTRAINING ORDER

On April 9, 2026, Petitioner Jose Enrique Ojeda Duarte ("Petitioner") filed a Motion for

Temporary Restraining Order ("TRO") (ECF No. 6).[1] Petitioner states that on April 8, 2026,

Respondents transferred him to the Florence Processing Center in Florence, Arizona.

---

[1] *See generally* Mot. TRO, ECF No. 6.

He asks the Court to:

(1)    enjoin Respondents and their agents from removing Petitioner from the United States;

(2)    order Respondents to return Petitioner to the Western District of Texas; and

(3)    order Petitioner's immediate release or provide him with a bond hearing.[2]

It is possible that Respondents have since transferred Petitioner to a different facility or removed him from the country—which could partly (if not fully) moot both the Motion and Petition. To ensure that the record reflects any such developments, the Court will order Respondents to respond to Petitioner's Motion.

Under the Local Rules, Respondents' response to Petitioner's TRO Motion would ordinarily be due on April 22, 2026.[3]  Given the time-sensitive nature of the relief that Petitioner requests, however, the Court sees fit to shorten that deadline.

The Court therefore **ORDERS** Respondents to respond to Petitioner's Motion for Temporary Restraining Order (ECF No. 6) the Court **no later than Thursday, April 16, at 9:00 AM Mountain Time**. Respondents **SHALL** confirm:

(1)    whether Petitioner has been removed from the United States;

(2)    Petitioner's current location; and

(3)    whether the removal order entered against Petitioner is final for the purposes of 8 U.S.C. § 1231(a)(1)(B).[4]

---

[2] *See id.* at 7.

[3] *See* W.D. TEX. L.R. CV-7(D) (providing (with exceptions not applicable here) that a response to a motion "shall be filed not later than 14 days after the filing of the motion").

[4] *See* Mot. TRO at 3 (describing Petitioner's "newly filed BIA appeal").

The Court further **DIRECTS** the Clerk of Court to **SUBSTITUTE** Secretary Mullin in Former Secretary Noem's place as a Respondent in the above-captioned case.[5]

The Court likewise **DIRECTS** the Clerk of Court to **SUBSTITUTE** Acting U.S. Attorney General Todd Blanche in Former Attorney General Pamela Bondi's place as a named Respondent in this case.[6]

**So ORDERED and SIGNED this 15th day of April 2026.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

---

[5] *Compare* Pet., ECF No. 1, at 4 ("Respondent Kristi NOEM is the Secretary of the DHS and is named in her official capacity."), *with* FED. R. CIV. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party. Later proceedings should be in the substituted party's name . . . . The court may order substitution at any time . . . .").

[6] *Compare* Pet. at 4 ("Respondent Pamela BONDI is the Attorney General of the United States and the most senior official in the U.S. Department of Justice ("DOJ") and is named in her official capacity."), *with* FED. R. CIV. P. 25(d).